IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN EUGENE TURNER,

    Petitioner,

v.                               Case No. 4:16cv43-MW/CJK

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Petitioner's objection to the report and recommendation, ECF No. 38. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF no. 1, challenging the judgment of conviction and sentence in *State of Florida v. Steven Turner*, Gadsden County Circuit Court Case No. 2008-CF-404, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 27, 2019.**

                                                  s/ **MARK E. WALKER**
                                                  **Chief United States District Judge**